Case 2:10-bk-44672-BB    Doc 5    Filed 08/21/10    Entered 08/21/10 22:04:45    Desc
Imaged Certificate of Service    Page 1 of 2

# United States Bankruptcy Court
# Central District Of California

| In re:<br>Leopoldo Alvarez<br>Nora Beatriz Alvarez | CHAPTER NO.: 7<br><br>CASE NO.: 2:10−bk−44672 |
|---|---|

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Verification of Creditor Mailing List. [Local Rule 1007−2(d)]
☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☑ Debtor's Certification of Employment Income
X   List of all creditors
X   Declaration Re Electronic Filing

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 7     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: August 18, 2010

    **KATHLEEN J. CAMPBELL, CLERK OF COURT**

    **By: Achilles Lazo**
       **Deputy Clerk**

mccdn − Revised 12/2009                                                                                                 **3 − 1 / ALR**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: alazoC              Page 1 of 1              Date Rcvd: Aug 19, 2010
Case: 10-44672                 Form ID: mccdn            Total Noticed: 1

The following entities were noticed by first class mail on Aug 21, 2010.
db/jdb      +Leopoldo Alvarez,   Nora Beatriz Alvarez,   16143 Mesa Robles Drive,
             Hacienda Heights, CA 91745-4866
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2010**                          **Signature:** _Joseph Speetjens_