Elissa D. Miller, Trustee
333 S. Hope Street, 35th Floor
Los Angeles, CA  90071
Telephone:      (213) 626-2311
Facsimile:       (213) 629-4520
millertrustee@sulmeyerlaw.com
lrobles@sulmeyerlaw.com

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>LEOPOLDO ALVAREZ<br>NORA BEATRIZ ALVAREZ<br><br><br>              Debtor(s) | Case No.: 2:10-BK-44672-BB<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) [11 USC 341(a)] |

COUNSEL: CARL A LUX
TO THE ABOVE NAMED DEBTOR(S):

     You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 11/08/10 at 09:00 AM at 725 S. FIGUEROA STREET, ROOM 101, LOS ANGELES, CALIFORNIA 90017, for the reason set forth below:

     CASE CONTINUED FOR CHAPTER 7 TRUSTEE REVIEW.  PLEASE CALL TO VERIFY APPEARANCE.


Dated:      October 22, 2010                                            /s/ Elissa D. Miller
                                                                        Elissa D. Miller
                                                                        Chapter 7 Trustee

     I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, on October 22, 2010.

                                                /s/ Lorraine Robles
                                                Lorraine Robles, Chapter 7 Trustee Administrator
                                                lrobles@sulmeyerlaw.com